| | |
|---|---|
| 1 | **GUST ROSENFELD P.L.C.** |
| | One E. Washington, Suite 1600 |
| 2 | Phoenix, Arizona 85004-2553 |
| | Telephone No. (602) 257-7493 |
| 3 | Facsimile No. (602) 254-4878 |
| | Sonia M. Blain – 007697 |
| 4 | *sblain@gustlaw.com* |

**Attorneys for** *Canyon State Credit Union*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| In re: | Case No. 4:13-bk-09315-EWH |
|---|---|
| SHEILA DENISE MOTT, | (Chapter 13) |
| Debtor. | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Gust Rosenfeld P.L.C. gives notice that it represents Arizona State Credit Union, a secured creditor, in this bankruptcy case. Undersigned counsel requests under Rule 2002(g), *Federal Rules of Bankruptcy Procedure*, that copies of all pleadings and notices be sent to:

> Sonia M. Blain
> Gust Rosenfeld P.L.C.
> One E. Washington, Suite 1600
> Phoenix, Arizona 85004-2553
> *mwanslee@gustlaw.com*

The foregoing request for notice includes, without limitation and to the extent applicable, notice of any orders, pleadings, motions, applications, demands, requests for hearings and memoranda and briefs in support of any of the foregoing.

. . .

. . .

| | |
|---|---|
| Respectfully submitted this 26th day of March, 2014. | |
| | GUST ROSENFELD P.L.C. |
| | By /s/ *Sonia M. Blain* - #007697 |
| | Madeleine C. Wanslee |
| | Attorneys for *Canyon State Credit Union* |

ORIGINAL of the foregoing electronically
filed this 26th day of March, 2014, with:

Clerk, United States Bankruptcy Court
District of Arizona
38 South Scott Avenue
Tucson, AZ 85701
*https://ecf.azb.uscourts.gov*

COPIES of the foregoing mailed or electronically
mailed this 26th day of March, 2014, to:

Kellen William Bradley
LAW OFFICE OF KELLEN W. BRADLEY PLLC
330 N. Second Avenue
Phoenix, AZ 85003
Attorneys for *Debtor*

Trudy A. Nowak
TRUDY A. NOWAK, P.C.
2001 E. Campbell Ave., Suite 201
Phoenix, AZ 85016
Attorney for *Chapter 7 Trustee, Stanley J. Kartchner*


By */s/ Sandra D. Lonon*